JOHN P. FISKE (SBN 249256)
  JFiske@baronbudd.com
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424

*Attorneys for Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Office of County Counsel, County of San Diego; COUNTY OF SAN DIEGO; SAN DIEGO COUNTY FIRE PROTECTION DISTRICT, <br><br> Plaintiffs, <br><br> v. <br><br> REV GROUP, INC.; E-ONE, INC.; KOVATCH MOBILE EQUIPMENT CORP.; KME GLOBAL, LLC; KME HOLDINGS, LLC; KME RE HOLDINGS LLC; FERRARA FIRE APPARATUS, INC.; FFA HOLDCO, INC.; FFA ACQUISITION CO., INC.; FERRARA FIRE APPARATUS HOLDING COMPANY, INC.; SPARTAN FIRE, LLC; SMEAL SFA, LLC; SMEAL LTC, LLC; SMEAL HOLDING, LLC; DETROIT TRUCK MANUFACTURING, LLC; AIP, LLC; AMERICAN INDUSTRIAL PARTNERS CAPITAL FUND IV LP; AMERICAN INDUSTRIAL PARTNERS CAPITAL FUND IV (PARALLEL), LP; AIP/CHC HOLDINGS, LLC; AIP CF IV, LLC; AIP/CHC INVESTORS, LLC; OSHKOSH CORPORATION; PIERCE MANUFACTURING INC.; MAXI-METAL, INC.; BOISE MOBILE EQUIPMENT, INC.; BME FIRE TRUCKS LLC, <br><br> Defendants. | Case No. 3:26-cv-02045-TWR-MSB <br><br><br> **PLAINTIFFS' NOTICE OF RELATED CASES** |

PLAINTIFFS' NOTICE OF RELATED CASES - 1

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, THE CLERK OF COURT, AND TO DEFENDANTS AND THEIR ATTORNEY(S) OF RECORD:**

Pursuant to Local Rule 40.1(f), the undersigned counsel of record for Plaintiffs certifies that the following actions arise from or involve the same or closely related transactions, happenings, or events as the instant action and call for determination of the same or substantially related or similar questions of law and fact as the instant action:

- *The People of the State of California, acting by and through the Los Angeles County Counsel; the County of Los Angeles; and the Consolidated Fire Protection District of Los Angeles County v. REV Group, Inc., et al.*, Case No. 2:26-cv-01468-AH-RAO (C.D. Cal.) (the "County of Los Angeles Action");

- *Ebbetts Pass Fire Protection District v. REV Group, Inc., et al.*, Case No. 2:26-cv-2926-CAS-RAO (C.D. Cal.); and

- *The City of Santa Barbara v. REV Group, Inc., et al.*, Case No. 2:26-cv-03045-AB-PVC (C.D. Cal.);

(collectively, the "Central District Actions"). The Central District Actions allege the same or substantially similar federal and California state antitrust and unfair competition law claims, against the same defendants, based on the same alleged anticompetitive conduct, as the instant action. Further, the County of Los Angeles Action, like the instant action, asserts these claims on behalf of the People of the State of California.

//
//
//
//
//

Dated April 1, 2026                    Respectfully Submitted,


By: /s/ John P. Fiske
John P. Fiske
JFiske@baronbudd.com
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600

*Attorney for Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District*